IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00294-F

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. **MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"**
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,

Defendants.

---

## ORDER TO SET HEARING

---

THIS MATTER is before the Court on Defendant Militza Velez's Motion to Transport Defendant to a Detention Facility with Computer Access; or, Alternatively to Release Defendant Militza Velez (Dkt. # 389). The Court hereby

ORDERS that a hearing regarding this motion has been set on **Friday, April 7, 2006 at 1:30 p.m.** Defendant Velez's counsel may participate by telephone by calling Chambers (at 303-335-2174) on a **land line** **(no speaker, cordless or cell phones permitted)** at the appropriate time to be forwarded to the courtroom telephone. If counsel plans to attend this hearing in person, he shall notify Chambers at least 24 hours in advance. It is not necessary for Defendant Militza Velez to be present at this hearing.

DATED: March 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge