IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00294-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. **MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"**
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.
_____

**ORDER**

_____

In response to the Court's May 26, 2006 Order (Dkt. # 459), a hearing on Defendant Militza Velez' Motion to Transport Defendant to a Detention Facility with Computer Access, or, Alternatively to Release Defendant, Militza Velez (Dkt. # 389) is reset to **June 9, 2006, at 9:00 a.m.**

In light of the June 9, 2006, 9:00 a.m. setting, Defendant's Motion to Re-Calendar Motion to Transport Defendant to a Detention Facilyt with Computer Access, or, Alternatively to Release Defendant, Militza Velez (Dkt. # 460) is DENIED AS MOOT.

DATED May 31, 2006.

                              BY THE COURT:

                              *s: Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge