IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   05-cr-294-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior",
5. ARMANDO VALDOVINOS, a/k/a Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francosco Veles, a/k/a "Chico",
7. **MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly",**
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto", a/k/a "Betito",
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

        Defendants.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

   A Change of Plea Hearing is scheduled for Defendant Militza Velez for **April 2, 2007 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall deliver courtesy copies of the "Statement in Advance of Change of Plea" and the "Plea Agreement" no later than noon on Friday, March 30, 2007.

---

Dated:  March 27, 2007